# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Wendy Pyfrin Feucht, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:18-CV-345 |
| Triad Local Schools Board of Education, et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment in favor of Defendants' and against Plaintiffs' Declining to Exercise Supplemental Jurisdiction Over the Remaining Claims and Therefore Dismissing the Remaining Claims Without Prejudice to Refiling in State Court .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for Dismissal .

Date: 12/2/2019

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk